**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JAMES YBARRA,** | )( | **Civil Action No. 4:24-cv-00584** |
| | )( | **(Jury Trial)** |
| *Plaintiff,* | )( | |
| | )( | |
| **V.** | )( | |
| | )( | |
| **CITY OF HOUSTON, TEXAS, and** | )( | |
| **GERALD GOINES,** *Individually,* | )( | |
| | )( | |
| *Defendants.* | )( | |

**NOTICE OF DISMISSAL and STATUS REPORT**

**TO THE HONORABLE JUDGE OF THE COURT:**

**NOW COMES** Plaintiff and files this notice of dismissal with prejudice against the Gerald Goines under Rule 41(a)(1)(A)(i) and status report and sets forth as follows:

**PROCEDURE**

This lawsuit was filed February 19, 2024, suing the City of Houston and Gerald Goines.

Defendant City of Houston was previously dismissed.

Gerald Goines has not been served, not filed an answer, not filed a motion for summary judgment, and not appeared.

**DISMISSAL**

Plaintiff now files notice of dismissal under Rule 41(a)(1)(A)(i) for Gerald Goines.

**STATUS**

Since all Defendants are dismissed final judgment may be entered.

1

Respectfully Submitted,

*/s/ Randall L. Kallinen*
Randall L. Kallinen
KALLINEN LAW PLLC
U.S. So. Dist. of Texas Bar No. 19417
State Bar of Texas No. 00790995
511 Broadway Street
Houston, Texas 77012
Telephone:   713/320-3785
FAX:            713/893-6737
E-mail:         AttorneyKallinen@aol.com

Alexander C. Johnson
KALLINEN LAW PLLC
U.S. So. Dist. of Texas Bar No. 3679181
State Bar of Texas No. 24123583
511 Broadway Street
Houston, Texas 77012
Telephone:   573/340-3316
FAX:            713/893-6737
Email:          alex@acj.legal

ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this April 8, 2026, a true and correct copy of the foregoing pleading was delivered in accordance with the Federal Rules of Civil Procedure to all ECF notice attorneys of record and pro-se parties if any by filing with the Court.

*/s/ Randall L. Kallinen*
Randall L. Kallinen