United States District Court
Southern District of Texas
**ENTERED**
April 08, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JAMES YBARRA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-24-584 |
| | § | |
| CITY OF HOUSTON, TEXAS, | § | |
| *et al*., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On the notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff's claims against Gerald Goines are dismissed with prejudice. (Docket Entry No. 50). Defendant City of Houston has been previously dismissed. This is a final judgment.

SIGNED on April 8, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

1