**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JAMES YBARRA,** | )( | **Civil Action No. 4:24-cv-00584** |
| | )( | **(Jury Trial)** |
| *Plaintiff,* | )( | |
| | )( | |
| **V.** | )( | |
| | )( | |
| **CITY OF HOUSTON, TEXAS, and** | )( | |
| **GERALD GOINES,** *Individually,* | )( | |
| | )( | |
| *Defendants.* | )( | |

**<u>NOTICE OF APPEAL</u>**

**TO THE HONORABLE:**

**NOW COMES PLAINTIFF** and files this notice of appeal to the United States Fifth Circuit Court of Appeals from the United States District Court for the Southern District of Texas, Houston Division, appealing judgments and orders as to Defendant City of Houston, Texas including:

1). The ORDER OF DISMISSAL (Doc. 51) entered April 8, 2026; and

2.) all other orders in the case, if any, including those denied by mooting at final judgment.

The ORDER OF DISMISSAL referenced above disposed of all claims and constituted a final judgment making all orders and rulings subject to appeal.

Respectfully Submitted

/s/ *Randall L. Kallinen*
Randall L. Kallinen
KALLINEN LAW PLLC
State Bar of Texas No. 00790995
U.S. So. Dist. of Texas Bar No. 19417
511 Broadway Street
Houston, Texas 77012
Telephone:   713/320-3785
FAX:           713/893-6737
E-mail:          AttorneyKallinen@aol.com

Alexander C. Johnson
KALLINEN LAW PLLC
State of Texas Bar No. 24123583
U.S. So. District. of Texas Bar No. 3679181
511 Broadway Street
Houston, Texas 77012
Telephone:   573/340-3316
Fax:           713/893-6737
Email:          alex@acj.legal

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will in turn send a notice and copy of the electronic filing to all counsel of record, on this 8th day of May 2026.

/s/ *Randall L. Kallinen*
Randall L. Kallinen